Argued June 26, affirmed June 26, 1972

STATE OF OREGON, *Respondent, v.* RICHARD
KEITH LUDAHL (No. C-56300), *Appellant.*

497 P2d 1216

*R. Dale Kneeland,* Portland, argued the cause for
appellant. With him on the brief were Kneeland &
Kneeland, Portland.

*John H. Clough,* Assistant Attorney General, Sa-
lem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FORT and
THORNTON, Judges.

AFFIRMED FROM THE BENCH.